ACCEPTED
03-13-00490-CR
4118001
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/11/2015 6:26:17 PM
JEFFREY D. KYLE
CLERK

# CHRISTOPHER P. MORGAN, ATTORNEY-AT-LAW

**3009 N. IH 35**
**Austin, Texas 78722**

Phone (512)472-9717  /                       chrismorganlaw@cs.com                       / Fax (512)472-9798

February 10, 2015

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/11/2015 6:26:17 PM

JEFFREY D. KYLE
Clerk

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX 78711-2547

>  **re: Court of Appeals Cause nos. 03-13-00490-CR through 03-13-00493-CR;**
>  **03-13-00495-CR;**
>  **<u>Gerald Christopher Zuliani v. The State of Texas</u>**

Dear Mr. Kyle:

This acknowledges receipt of your February 6, 2015 notice of oral arguments being set for March 11, 2015 at 9:00 a.m. in the above-referenced cases.

I will be present at that time to argue the case.

Sincerely,

/s/ Christopher P. Morgan

Christopher P. Morgan
SB#14435325

cc: Office of the Travis County District Attorney, Mr. M. Scott Taliaferro, by hand.